PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Lori A Pollitt**                               Case Number: **1:02CR00036**

Name of Sentencing Judicial Officer:    **The Honorable S. Arthur Spiegel**
**United States Senior District Judge**

Date of Original Sentence: **September 19, 2002**

Original Offense: **Fraud**

Original Sentence: **6 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**          Date Supervision Commenced: **April 18, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Failure to pay restitution; The defendant was ordered to pay $54,276.82 restitution. To date, the defendant has paid $4,195.82 toward her restitution. |

U.S. Probation Officer Action: **The defendant is employed as a cashier earning approximately $1,100.00 per month. She resides with her mother, and helps with the household expenses. The defendant has consistently paid $125.00 per month toward her restitution, since she was placed on supervised release. Therefore, in light of the above, it is recommended that the defendant's supervision be allowed to expire on schedule on April 17, 2006.** [handwritten: but with the obligation to pay restitution SAS 2/5/06]

Respectfully submitted,                              Approved,

by _[signature]_                                     by _[signature]_
**Lorraine Cooper**                                  **John Cole**
U. S. Probation Officer                              Supervising U. S. Probation Officer
Date:    **February 6, 2006**                        Date:    **February 6, 2006**

[✓] I concur with the recommendation of the Probation Officer _[handwritten: but all obl...]_
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

_[signature]_
Signature of Judicial Officer

**2/8/06**
Date